IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JEFF MARLER,<br><br>                    Defendant. | **8:16CR57**<br><br>**ORDER** |

This matter is before the Court on the defendant's MOTION for Copies (Filing No. 56). The defendant requests a copy of his Indictment, Plea Agreement, Docket Sheet and Sentencing Transcript(s) and further requests that fees for the copies be waived. Upon review of the case file, the Court notes that the defendant was sentenced and Judgment was entered on September 2, 2016 (Filing Nos. 51 and 54). No appeal was timely filed. The defendant has not set forth a valid reason why copies of the aforementioned documents should be provided or a transcript prepared without payment. Therefore, the defendant's Motion for Copies (Filing No. 56) will be denied. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment. Further, a sentencing transcript has not been prepared in this case, and shall not be prepared without pre-payment.

**IT IS ORDERED:**

1. The defendant's MOTION for Copies [56] is denied.

2. The Clerk of the Court is directed to mail a copy of this order to the defendant at his last known address.

3. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

4. A sentencing transcript has not been prepared in this case, and shall not be prepared without pre-payment.

Dated this 22nd day of December, 2016.

                                                BY THE COURT:

                                                s/ F.A. Gossett, III
                                                United States Magistrate Judge